# UNITED STATES OF AMERICA FEDERAL DISTRICT COURT
## FOR
## THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC 28 P 1: 13

**SUFFOLK, SS**  **DOCKET NUMBER 05-CV-11350-MLW**

U.S. DISTRICT
DISTRICT OF MASS.

*************************************
**RICHARD LIVINGSTON**  ⋆
⋆
**Plaintiff, Pro Se**  ⋆    **NOTICE TO APPEAR**
⋆        **PRO SE**
**Vs.**  ⋆
⋆
**MORTGAGE SERVICE CENTER, INC.;** ⋆
**CUMEX, INC.;**  ⋆
**RAH FEDERAL CREDIT UNION;**  ⋆
**CHITTENDEN BANK AND**  ⋆
**VICTORIA SCHEPPS**  ⋆
⋆
**Defendants**  ⋆
***************************

Plaintiff Pro Se Richard Livingston asks this honorable Court to permit Plaintiff to appear

before this Honorable court Pro Se in the matter of Docket # 05-CV-11350-MLW for the

following reasons:

1.) Plaintiff Pro Se Richard Livingston's Attorney William Edward Gately, Jr. esq. has

been suspended from practice of law in Massachusetts.

2.) Plaintiff Pro Se Richard Livingston's Attorney William Edward Gately, Jr. esq.

assured Plaintiff Livingston that Summons had been served.

3.) Subsequently Plaintiff Livingston has been inform by this Honorable Court that

nothing has happen on this case since the filing on 6/27/2005 showing the Defendant

Bank's {**Chittenden Bank,** Burlington, Vermont, **Mortgage Service Center,**

Brattleboro, Vermont, **Cumex Inc,** (Credit Union Mortgage Exchange), Lexington,

Massachusetts, **RAH Federal Credit Union,** Randolph, Massachusetts, **Law Offices of**

**Victoria Schepps,** Stoughton, Massachusetts have never been served.

4.) Plaintiff Pro Se Richard Livingston needs to obtain client file from suspended

Attorney William Edward Gately, Jr. or Special Master Joseph D. Sommer esq.


Plaintiff Pro Se Richard Livingston supports this Motion with the following

documentation. Letter from Special Master Joseph D. Sommer esq. whom has been

appointed by the Supreme Judicial Court to facilitate the transfer of my file. Special

Master Sommers had trouble gaining access and is still assimilating my files at which

time he will notify me to collect them at his office.

(See Exhibit A.) Correspondence date 10/25/2005 received 10/26/2005

Date _12/29/2005_

Plaintiff Pro Se Richard Livingston
149 Warren Avenue
Milton Massachusetts
617-698-4333 HOME
617-620-0441 CELL