| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|---|
| PLAINTIFF<br>RICHARD LIVINGSTON   PLAINTIFF PRO SE | | COURT CASE NUMBER<br>05-CV-11350-MLW | |
| DEFENDANT<br>CHRISTINE MOONEY MANAGER/CEO | | TYPE OF PROCESS<br>CIVIL COMPLAINT | |

SERVE ► NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CHRISTINE MOONEY MANAGER/CEO RAH FEDERAL CREDIT UNION

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
45 DIAUTO DRIVE, RANDOLPH, MASSACHUSETTS 02368-4501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RICHARD LIVINGSTON PLAINTIFF PRO SE
149 WARREN AVENUE
MILTON, MASSACHUSETTS 02186-2009

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | US MARSHAL |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DEC 28 P 2:47  RECEIVED MARSHAL SERVICE BOSTON, MA

Signature of Attorney or other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
RICHARD LIVINGSTON
TELEPHONE NUMBER: 617-698-4333   DATE: 12/27/2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>Nancy Talanian | Date<br>1/9/06 |

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
CHRISTINA MOONEY

Address (complete only if different than shown above)
45 DIAUTO DR
RANDOLPH, MA

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 1/12/06   Time: 9:35 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 10.95 | — | 55.95 | | | |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of MASSACHUSETTS

RICHARD LIVINGSTON
PLAINTIFF, PRO SE

**SUMMONS IN A CIVIL CASE**

V.

CHRISTINE MOONEY MANAGER / CEO
RAH FEDERAL CREDIT UNION
47 DIAUTO DRIVE
RANDOLPH, MASSACHUSETTS 02368-4501

CASE NUMBER: 05-CV-11350-MLW

DEFENDANT

TO: (Name and address of Defendant)

CHRISTINE MOONEY MANAGER/CEO
RAH FEDERAL CREDIT UNION
47 DIAUTO DRIVE
RANDOLPH, MASSACHUSETTS 02368-4501

defendant

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD LIVINGSTON
149 WARREN AVENUE
MILTON, MASSACHUSETTS 02186-2009

PLAINTIFF, PRO SE

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                               12/27/2005
CLERK                                           DATE

(By) DEPUTY CLERK