**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: RICHARD LIVINGSTON PLAINTIFF, PRO SE | COURT CASE NUMBER: 05-CV-11350-MLW |
| DEFENDANT: PAUL A. PERRAULT, PRESIDENT/CEO CUMEX | TYPE OF PROCESS: CIVIL COMPLAINT |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PAUL A. PERRAULT, PRESIDENT/CEO CUMEX MSC.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT  238 BEDFORD ST. SUITE 3, LEXINGTON, MA 02420

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RICHARD LIVINGSTON PLAINTIFF PRO SE
149 WARREN AVE
MILTON, MA 02186-2009

Number of process to be served with this Form - 285: 
Number of parties to be served in this case: 5
Check for service on U.S.A.: US MARSHALL

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 DEC 28 P 2: 54]

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Richard Livingston
TELEPHONE NUMBER: 617-698-4333
DATE: 12-28-2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Talavera
Date: 1/9/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 1/27/06
Time: 11:30 am (circled)
Signature of U.S. Marshal or Deputy: Leo Pazetta

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | | | | |

REMARKS: Not at that address, closed or moved.

PRIOR EDITIONS MAY BE USED        1. CLERK OF THE COURT        FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

RICHARD LIVINGSTON
PLAINTIFF, PRO SE
V.
PAUL A. PERRAULT, PRESIDENT/CEO
CUMEX MORTGAGE SERVICE CENTER
238 BEDFORD STREET, SUITE 3
LEXINGTON, MA 02420
DEFENTANT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-CV-11350-MLW

TO: (Name and address of Defendant)

PAUL A. PERRAULT, PRESIDENT/CEO
CUMEX MORTGAGE SERVICE CENTER
268 BEDFORD STREET, SUITE 3
LEXINGTON, MA. 02420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD LIVINGSTON
149 WARREN AVENUE
MILTON, MA 02186-2009
PLAINTIFF, PRO SE.

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE 12/28/2005