UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
RICHARD LIVINGSTON,                         )
                                            )
              Plaintiff, *Pro Se*           )
                                            )
       v.                                   )      C.A. No.: 05-CV-11350-MLW
                                            )
MORTGAGE SERVICE CENTER, INC.;              )
CUMEX, INC.; RAH FEDERAL CREDIT             )
UNION; CHITTENDEN BANK AND                  )
VICTORIA SCHEPPS,                           )
                                            )
              Defendants.                   )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher J. Hunter (BBO # 640397) and Goodwin Procter LLP on behalf of Defendant Chittenden Bank in the above-captioned matter.

                                   Respectfully submitted,

                                   CHITTENDEN BANK,

                                   By its attorneys,


                                   */s/ Christopher J. Hunter*
                                   David J. Apfel (BBO #551139)
                                   Christopher J. Hunter (BBO #640397)
                                   GOODWIN PROCTER LLP
                                   Exchange Place
                                   Boston, MA 02109-2881
                                   (617) 570-1000

Dated:  February 10, 2006


LIBA/1674036.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2006, I caused a true copy of the foregoing document to be served electronically upon all registered participants as identified on the Notice of Electronic Filing (NEF), and by first class mail upon all non registered participants.

                                                  */s/ Christopher J. Hunter*
                                                  Christopher J. Hunter