UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD LIVINGSTON, )<br>  )<br>    Plaintiff, *Pro Se* )<br>  )<br>v. )<br>  )<br>MORTGAGE SERVICE CENTER, INC.; )<br>CUMEX, INC.; RAH FEDERAL CREDIT )<br>UNION; CHITTENDEN BANK AND )<br>VICTORIA SCHEPPS, )<br>  )<br>    Defendants. ) | C.A. No.: 05-CV-11350-MLW |

## DEFENDANT CHITTENDEN BANK'S CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, Defendant Chittenden Bank states that its parent corporation is Chittenden Corporation, and that there is no other publicly-held company that owns ten percent or more of Chittenden Bank's stock.

Respectfully submitted,

CHITTENDEN BANK,

By its attorneys,

*/s/ Christopher J. Hunter*
David J. Apfel (BBO # 551139)
Christopher J. Hunter (BBO # 640397)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated:  February 10, 2006

LIBA/1674353.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2006, I caused a true copy of the foregoing document to be served electronically upon all registered participants as identified on the Notice of Electronic Filing (NEF), and by first class mail upon all non registered participants.

            */s/ Christopher J. Hunter*
            Christopher J. Hunter