UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
RICHARD LIVINGSTON,                 )
                                    )
          Plaintiff, *Pro Se*       )
                                    )
     v.                             )   C.A. No.: 05-CV-11350-MLW
                                    )
MORTGAGE SERVICE CENTER, INC.;      )
CUMEX, INC.; RAH FEDERAL CREDIT     )
UNION; CHITTENDEN BANK AND          )
VICTORIA SCHEPPS,                   )
                                    )
          Defendants.               )
_____)

**DEFENDANT CHITTENDEN BANK'S ASSENTED-TO MOTION
TO SET DATE TO FILE RESPONSIVE PLEADING**

Defendant Chittenden Bank ("Defendant") hereby requests that this Court set March 1, 2006 as the date by which Defendant is required to answer or otherwise respond to *pro se* Plaintiff Richard Livingston's ("Plaintiff") Amended Complaint. As reasons therefore, Defendant states the following:

1.   Plaintiff filed his Complaint on June 27, 2005.

2.   Plaintiff sought leave from the Court on October 27, 2005 to extend by 120 days the time by which Plaintiff had to serve his Complaint on all defendants. The Court granted Plaintiff's request, requiring returns of service to be filed by February 24, 2006.

3.   On December 28, 2005, Plaintiff filed his Amended Complaint, which was entered on the docket January 20, 2006.

4. On January 24, 2006, Defendant was served with the Complaint, which was unsigned in violation of Rule 11 of the Federal Rules of Civil Procedure. Defendant has not been served with the Amended Complaint.

5. Counsel for Defendant conferred by telephone with Plaintiff on February 8, 2006, during which conversation counsel for Defendant offered to consider Plaintiff's Amended Complaint as served on Defendant Chittenden Bank, which Plaintiff accepted. Plaintiff and counsel for Defendant agreed that Defendant would have up to and including March 1, 2006 to answer or otherwise respond to Plaintiff's Amended Complaint.

WHEREFORE, Defendant Chittenden Bank requests that the Court allow Defendant up to and including March 1, 2006 to answer or otherwise respond to Plaintiff's Amended Complaint.

Respectfully submitted,

CHITTENDEN BANK,

By its attorneys,

*/s/ Christopher J. Hunter*
David J. Apfel (BBO # 551139)
Christopher J. Hunter (BBO # 640397)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: February 10, 2006

LIBA/1674353.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2006, I caused a true copy of the foregoing document to be served electronically upon all registered participants as identified on the Notice of Electronic Filing (NEF), and by first class mail upon all non registered participants.

                                            */s/ Christopher J. Hunter*
                                            Christopher J. Hunter