149 Warren Avenue
Milton, MA. 02186-2009
February 10, 2006

UNITED STATES OF AMERICA
FEDERAL DISTRICT COURT
FOR
THE DISTRICT OF MASSACHUSETTS

SUFFOLK, SS                    DOCKET NUMBER 05-CV-11350-MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RICHARD LIVINGSTON                *
          Plaintiff, Pro Se       *
     Vs.                          *
                                  *   **FYI VACATION SCHEDULE**
MORTGAGE SERVICE CENTER, INC.;    *
CUMEX, INC.;                      *
 RAH FEDERAL CREDIT UNION;        *
CHITTENDEN BANK AND               *
VICTORIA SCHEPPS                  *
          Defendants              *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dear Mr. York,
     I have mailed a copy of my Docketed Amended Complaint along with a certificate of service to all parties. I am also following up with the court regarding my unavailability. Chances are nothing would happen this fast but I am sending the court this missive to inform you. Due to a long-standing previous family commitment, I will be out of the country from March 11 – 19, 2006.
     I would hope that nothing (i.e. Motions to Dismiss, Summary Judgment etc…) would be taken up while I am unable to respond in kind or in person during this period. Please docket and file the attached Notice to the Court of my pending absent and unavailability.

Respectfully Requested,
*Richard Livingston*
Richard Livingston

Attached "Notice of Unavailability"