UNITED STATES OF AMERICA
FEDERAL DISTRICT COURT
FOR
THE DISTRICT OF MASSACHUSETTS

SUFFOLK, SS                                    DOCKET NUMBER 05-CV-11350-MLW

```
***************************************
RICHARD LIVINGSTON                    *
            Plaintiff, Pro Se         *
      Vs.                             *
                                      *           PLAINTIFFS NOTICE OF
MORTGAGE SERVICE CENTER, INC.;        *              UNAVAILABILITY
CUMEX, INC.;                          *
RAH FEDERAL CREDIT UNION;             *
CHITTENDEN BANK AND                   *
VICTORIA SCHEPPS                      *
            Defendants                *
***************************************
```

In an effort to afford the court the courtesy by keeping you inform. I will be out of the country of the United States of America from March 11 – 19, 2006.

**CERTIFICATE OF SERVICE**

I, Richard Livingston, Plaintiff, Pro Se hereby swear and affirm that I have this day __2/10/2006__ notified Christoper J. Hunter Associate Goodwin Procter for Paul A. Perrault, President/CEO of Chittenden Corporation, Defendant {**Chittenden Bank**, Burlington, Vermont, **Mortgage Service Center**, Brattleboro, Vermont, **Cumex Inc**, (Credit Union Mortgage Exchange), Lexington, Massachusetts} by United States Postal Service **Chittenden Bank Main Office** - 2 Burlington Square, P.O. Box 820, Burlington, VT. 05402-0820

Date __2/10/2006__                              _Richard Livingston_ (signature)

Richard Livingston
149 Warren Avenue,
Milton Massachusetts 02186-2009
617-698-4333 HM 617-620-0441 CL

Received by: _____
Date _____  Firm Stamp: _____