UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD LIVINGSTON<br>      Plaintiff<br><br>v.<br><br>MORTGAGE SERVICE CENTER, INC., CUMEX, INC., RAH FEDERAL CREDIT UNION, CHITTENDEN BANK, and VICTORIA SCHEPPS<br>      Defendants | CIVIL ACTION NO. 05-CV11350-MLW |

**NOTICE OF APPEARANCE**

*TO THE ABOVE NAMED COURT:*

Please enter my appearance as counsel to the Defendant, RAH Federal Credit Union, in the above-captioned case.

                                              RAH FEDERAL CREDIT UNION,

                                              By its attorney,

                                              /s/ Harvey Weiner
                                              Harvey Weiner, Esquire
                                              BBO #519840
                                              PEABODY & ARNOLD, LLP
                                              30 Rowes Wharf
                                              Boston, MA 02110
                                              (617) 951-2100
                                              hweiner@peabodyarnold.com

## CERTIFICATE OF SERVICE

     I, Harvey Weiner, counsel for the Defendant, RAH Federal Credit Union, do hereby certify, that I have this date, served the **Notice of Appearance**, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.

                                          /s/ Harvey Weiner
                                          Harvey Weiner

Dated: February 15, 2006

PABOS2:HWEINER:631826_1
9999-99999