UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD LIVINGSTON<br>       Plaintiff<br><br>v.<br><br>MORTGAGE SERVICE CENTER, INC., CUMEX, INC., RAH FEDERAL CREDIT UNION, CHITTENDEN BANK, and VICTORIA SCHEPPS<br>       Defendants | CIVIL ACTION NO. 05-CV11350-MLW |

**RAH FEDERAL CREDIT UNION'S MOTION TO EXTEND TIME
TO FILE RESPONSIVE PLEADING (ASSENTED TO)**

RAH Federal Credit Union (the "Credit Union") moves this Honorable Court to extend the time by which this Defendant is required to answer or otherwise respond to the Plaintiff's Amended Complaint up to and including March 1, 2006.

The Credit Union states the following in support of this motion:

1. The Plaintiff filed this action on June 27, 2005.

2. Richard Livingston filed a Motion for Extension of Time to Serve Summons on October 27, 2005. The Court allowed Plaintiff's motion on November 28, 2005.

3. Richard Livingston filed an Amended Complaint on December 28, 2005.

4. Service of process was effected on the Credit Union on January 12, 2006.

5. The Plaintiff's Complaint contains numerous, detailed factual allegations and both counsel and the Credit Union require additional time to investigate the Plaintiff's allegations and to respond accordingly.

6.     On February 14, 2006, counsel for RAH Federal Credit Union conferred with Richard Livingston and the Plaintiff and agreed to assent to a Motion to Extend Time to File a Responsive Pleading until March 1, 2006.

**WHEREFORE**, RAH Federal Credit Union requests that this Honorable Court extend the time by which this Defendant is required to Answer or otherwise respond to the Amended Complaint up to and including March 1, 2006.

RAH FEDERAL CREDIT UNION,

By its attorney,

/s/ Harvey Weiner
Harvey Weiner, Esquire
BBO #519840
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100
hweiner@peabodyarnold.com

## CERTIFICATE OF SERVICE

    I, Harvey Weiner, counsel for the Defendant, RAH Federal Credit Union, do hereby certify, that I have this date, served the **RAH Federal Credit Union's Motion to Extend Time to File Responsive Pleading (Assented To)**, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.

                                                 /s/ Harvey Weiner
                                               Harvey Weiner

Dated: February 15, 2006

PABOS2:HWEINER:631829_1
9999-99999