UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD LIVINGSTON<br>　　　　Plaintiff<br><br>v.<br><br>MORTGAGE SERVICE CENTER, INC., CUMEX, INC., RAH FEDERAL CREDIT UNION, CHITTENDEN BANK, and VICTORIA SCHEPPS<br>　　　　Defendants | CIVIL ACTION NO. 05-CV11350-MLW |

**RAH FEDERAL CREDIT UNION'S CORPORATE DISCLOSURE STATEMENT**

　　　　Pursuant to Local Rule 7.3, RAH Federal Credit Union states that it has no parent corporation and that no publicly held company owns ten percent (10%) or more of the RAH Federal Credit Union's stock.

　　　　　　　　　　　　　　　　　　　　　　　　RAH FEDERAL CREDIT UNION,

　　　　　　　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Harvey Weiner
　　　　　　　　　　　　　　　　　　　　　　　　Harvey Weiner, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　BBO #519840
　　　　　　　　　　　　　　　　　　　　　　　　PEABODY & ARNOLD, LLP
　　　　　　　　　　　　　　　　　　　　　　　　30 Rowes Wharf
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　　　　(617) 951-2100
　　　　　　　　　　　　　　　　　　　　　　　　hweiner@peabodyarnold.com

**CERTIFICATE OF SERVICE**

      I, Harvey Weiner, counsel for the Defendant, RAH Federal Credit Union, do hereby certify, that I have this date, served the **RAH Federal Credit Union's Corporate Disclosure Statement**, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.

                                                      /s/ Harvey Weiner
                                                      Harvey Weiner

Dated: February 15, 2006

PABOS2:HWEINER:631826_1
9999-99999