UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD LIVINGSTON,<br>          Plaintiff<br><br>v.<br><br>MORTGAGE SERVICE CENTER, INC.,<br>CUMEX, INC., RAH FEDERAL CREDIT<br>UNION, CHITTENDEN BANK and<br>VICTORIA SCHEPPS,<br>          Defendants | CIVIL ACTION NO. 05-11350-MLW |

**NOTICE OF APPEARANCE OF CHRISTOPHER P. FLANAGAN**

Kindly enter the appearance of Christopher P. Flanagan of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 155 Federal Street, Boston, Massachusetts as counsel for the defendant, Victoria Schepps in the above-captioned matter.

VICTORIA SCHEPPS,

By her attorneys,

/s/ Christopher P. Flanagan
Christopher P. Flanagan, BBO#567075
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

**CERTIFICATE OF SERVICE**

I, Christopher P. Flanagan, hereby certify that I have, this 23rd day of February, 2006, served a copy of the foregoing document, by first class mail, postage prepaid, on the plaintiff *pro se*.

/s/ Christopher P. Flanagan
Christopher P. Flanagan

53620.1