UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD LIVINGSTON, ) | |
| ) | |
| Plaintiff, *Pro Se* ) | |
| ) | |
| v. ) | C.A. No.: 05-CV-11350-MLW |
| ) | |
| MORTGAGE SERVICE CENTER, INC.; ) | |
| CUMEX, INC.; RAH FEDERAL CREDIT ) | |
| UNION; CHITTENDEN BANK AND ) | |
| VICTORIA SCHEPPS, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT MORTGAGE SERVICE CENTER, INC.'S
CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3, Defendant Mortgage Service, Inc. states that its parent corporation is Chittenden Corporation, and that there is no other publicly-held company that owns ten percent or more of Mortgage Service Center, Inc.'s stock.

Respectfully submitted,

MORTGAGE SERVICE CENTER, INC.,

By its attorneys,

*/s/ Christopher J. Hunter*
David J. Apfel (BBO # 551139)
Christopher J. Hunter (BBO # 640397)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: February 23, 2006

LIBA/1677364.1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 23, 2006.

                                                   /s/ Christopher J. Hunter
                                                   Christopher J. Hunter