UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
RICHARD LIVINGSTON,                )
                                   )
       Plaintiff, *Pro Se*           )
                                   )
   v.                              )   C.A. No.: 05-CV-11350-MLW
                                   )
MORTGAGE SERVICE CENTER, INC.;     )
CUMEX, INC.; RAH FEDERAL CREDIT    )
UNION; CHITTENDEN BANK AND         )
VICTORIA SCHEPPS,                  )
                                   )
       Defendants.              )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher J. Hunter (BBO # 640397) and Goodwin Procter LLP on behalf of Defendant Mortgage Service Center, Inc. in the above-captioned matter.

      Respectfully submitted,

      MORTGAGE SERVICE CENTER, INC.,

      By its attorneys,

      */s/ Christopher J. Hunter*
      David J. Apfel (BBO #551139)
      Christopher J. Hunter (BBO #640397)
      GOODWIN PROCTER LLP
      Exchange Place
      Boston, MA 02109-2881
      (617) 570-1000

Dated: February 23, 2006

LIBA/1677368.1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 23, 2006.

    /s/ Christopher J. Hunter
Christopher J. Hunter