UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD LIVINGSTON,<br>          Plaintiff<br><br>v.<br><br>MORTGAGE SERVICE CENTER, INC.,<br>CUMEX, INC., RAH FEDERAL CREDIT<br>UNION, CHITTENDEN BANK and<br>VICTORIA SCHEPPS,<br>          Defendants | CIVIL ACTION NO. 05-11350-MLW |

**JOINT ASSENTED-TO MOTION TO ENLARGE TIME
FOR DEFENDANTS, MORTGAGE SERVICE CENTER, INC.,
RAH FEDERAL CREDIT UNION, CHITTENDEN BANK
AND VICTORIA SCHEPPS TO FILE RESPONSIVE PLEADINGS**

NOW COME the defendants, Mortgage Service Center, Inc., RAH Federal Credit Union, Chittenden Bank and Victoria Schepps to the above-referenced matter, pursuant to the Fed. R. Civ. P. 6(b), and move this Honorable Court to enlarge the time to file responsive pleadings in this action to March 20, 2006.  The parties state that the plaintiff *pro se* has notified the Court that he will be out of the country from March 11th to 19th and the enlargement of time to March 20th will result in responsive pleadings being due immediately after his return.  Moreover, the enlargement of time will allow for the plaintiff *pro se* to have one response deadline to these defendants' responsive pleadings.  The parties submit that the elimination of multiple deadlines also promotes judicial economy and efficiency.  Counsel to Victoria Schepps spoke with the plaintiff *pro se* on February 22, 2006 and he assents to this motion.

WHEREFORE, the parties respectfully request that this motion to enlarge time for the defendants, Mortgage Service Center, Inc., RAH Federal Credit Union, Chittenden Bank and Victoria Schepps to file responsive pleadings be granted, and that the deadline for the filing of responsive pleadings by these defendants be enlarged to March 20, 2006.

53551.1

VICTORIA SCHEPPS,

By her attorneys,

/s/ Christopher P. Flanagan
Christopher P. Flanagan, BBO#567075
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

MORTGAGE SERVICE CENTER, INC. and CHITTENDEN BANK,

By their attorney,

/s/ Christopher J. Hunter (cpf)
David J. Apfel, BBO# 551139
Christopher J. Hunter, BBO# 640397
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

RAH FEDERAL CREDIT UNION,

By its attorney,

/s/ Harvey Weiner (cpf)
Harvey Weiner, BBO# 519840
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: February 23, 2006

## CERTIFICATE OF SERVICE

I, Christopher P. Flanagan, hereby certify that I have, this 23rd day of February, 2006, served a copy of the foregoing document, by first class mail, postage prepaid, on the plaintiff *pro se*.

/s/ Christopher P. Flanagan
Christopher P. Flanagan

53551.1