✓✓

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

FILED
IN CLERKS OFFICE
2006 MAR -1 P 1:50
U.S. DISTRICT COURT

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RICHARD LIVINGSTON    PLAINTIFF, PRO SE | 05-CV-11350-MLW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| PAUL A. PERRAULT, PRESIDENT / CEO | CIVIL COMPLAINT * |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

PAUL A. PERRAULT, PRESIDENT / CEO CHITTENDEN BANK VT.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2 BURLINGTON, SQUARE, P.O. BOX  .820, BURLINGTON, VERMONT 05402-0820

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RICHARD LIVINGSTON PLAINTIFF, PRO SE
149 WARREN AVENUE
MILTON, MASSACHUSETTS 02186-2009

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | US MARSHALL |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                    Fold

MORTGAGE SERVICE CENTER 629 PUTNEY RD, 2nd FL P.O. BOX *8069 BRATTLEBORO VT
CUMEX INC. (CREDIT UNION MORTGAGE EXCHANGE) 238 BEDFORD ST _ SUITE #3
LEXINGTON, MASSACHUSETTS 02420

* Summons

(SEE ATTACHED COMPLETE ADDRESS LISTING)

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Richard Livingston* | ☒ PLAINTIFF ☐ DEFENDANT | 617-698-4333 | 12-27-2005 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 52 | *Nancy Johnson* | 1/6/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| CHERYL McGRATH (ASSISTANT TO PAUL PERRAULT) | ☐ | |

| Address (complete only if different than shown above) | Date of Service | Time | |
|---|---|---|---|
| | 1/24/06 | 1400 | am / pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 45.00 | — | $8.00 | $53.00 | — | $53.00 | — |

REMARKS:  Faxed to USMS D/VT for service M

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

MASSACHUSETTS

RICHARD LIVINGSTON,

PLAINTIFF, PRO SE

V.

PAUL A. PERRAULT, PRESIDENT/CEO
CHITTENDEN BANK, MAIN OFFICE
2 BURLINGTON SQUARE
P.O. BOX 820
BURLINGTON, VERMONT 05402-0820

DEFENDANT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-CV-11350-MLW

TO: (Name and address of Defendant)

PAUL A. PERRAULT, PRESIDENT / CEO
CHITTENDEN BANK, MAIN OFFICE
2BURLINGTON SQUARE
P.O.BOX 820
BURLINGTON, VERMONT 05402-0820

DEFENDANT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD LIVINGSTON

149 WARREN AVENUE
MILTON, MASSACHUSETTS 02186-2009

PLAINTIFF, PRO SE

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

12/27/05

CLERK                                              DATE

(By) DEPUTY CLERK