**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: RICHARD LIVINGSTON | COURT CASE NUMBER: 05-CV-11350-MLW |
| DEFENDANT: PAUL A. PERRAULT PRESIDENT/CEO MORTGAGE SER. CTR. | TYPE OF PROCESS: CIVIL COMPLAINT * |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PAUL A. PERRAULT, PRESIDENT/CEO MORTGAGE SERVICE CENTER

AT ADDRESS: 629 PUTNEY ROAD, 2ND FLOOR, P.O. BOX 8069 BRATTLEBORO VT 05301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RICHARD LIVINGSTON
149 WARREN AVENUE
MILTON, MA 02186-2009

Number of process to be served with this Form - 285: 
Number of parties to be served in this case: 5
Check for service on U.S.A.: US MARSHALL

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

* Summons

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-698-4333
DATE: 12/28/2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 35 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk | Date: 1/9/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Raymond C. Connor - Sr. V.P.

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Date of Service: 02/13/06    Time: 11:40 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $3.67 | $8.00 | $55.67 | — | $55.67 | — |

REMARKS: Forwarded to USMS D/VT for service at

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

RICHARD LIVINGSTON
PLAINTIFF, PRO SE

V.

PAUL A. PERRAULT PRESIDENT/CEO
MORTGAGE SERVICE CENTER
629 PUTNEY ROAD, 2ND FLOOR
P.O. BOX 8069
BRATTLEBORO, VT. 05301
DEFENDANT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-CV-11350-MLW

TO: (Name and address of Defendant)

PAUL A. PERRAULT PRESIDENT/CEO
MORTGAGE SERVICE CENTER
629 PUTNEY ROAD, 2ND FLOOR
P.O. BOX 8069
BRATTLEBORO, VT. 05301

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD LIVINGSTON
149 WARREN AVE.
MILTON, MA 02186-2009

PLAINTIFF, PRO SE

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                     12/28/2005
CLERK                                 DATE

(By) DEPUTY CLERK