UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )
RICHARD LIVINGSTON,            )
                                          )
       Plaintiff, *Pro Se*       )
                                          )
v.                              )    C.A. No.: 05-CV-11350-MLW
                                          )
MORTGAGE SERVICE CENTER, INC.;  )
CUMEX, INC.; RAH FEDERAL CREDIT  )
UNION; CHITTENDEN BANK AND        )
VICTORIA SCHEPPS,                  )
                                          )
       Defendants.              )
_____)

**DEFENDANTS MORTGAGE SERVICE CENTER, INC.'S, CUMEX, INC.'S, AND CHITTENDEN BANK'S MOTION TO SUBSTITUTE PARTY-DEFENDANT**

Defendants Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank ("Defendants") hereby move pursuant to Rule 25 of the Federal Rules of Civil Procedure to substitute Chittenden Trust Company as the real party-in-interest in replace of Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank, and to change the official case caption accordingly. As reasons therefore, Defendants state the following:

    1.     Mortgage Service Center and Chittenden Bank are trade names for Chittenden Trust Company. Chittenden Trust Company does business as and through Mortgage Service Center and Chittenden Bank. Furthermore, Mortgage Service Center was not an incorporated entity during the time period relevant to this lawsuit, and is not an incorporated entity now.

    2.     Cumex was a trade name for Chittenden Trust Company. Chittenden Trust Company did business as and through Cumex. Cumex was not an incorporated entity during the time period relevant to this lawsuit. Cumex is no longer used as a trade name.

3. Chittenden Trust Company is, therefore, the real party-in-interest instead of Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank.

4. Chittenden Trust Company is a foreign corporation organized under the laws of the State of Vermont and registered with the Commonwealth of Massachusetts to do business in Massachusetts. Chittenden Corporation is the parent corporation of Chittenden Trust Company.

5. Counsel for Defendants RAH Federal Credit Union and Victoria Schepps have assented to this motion.

6. Following a telephone conference between Plaintiff *pro se* Richard Livingston ("Plaintiff") and Defendants' counsel and Plaintiff's review of a draft of this motion, Plaintiff reported his objection to it.

WHEREFORE, Defendants Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank respectfully request that the Court order the substitution of Chittenden Trust Company as the party-defendant in replace of Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank, and that all papers and pleadings filed henceforth contain a case caption with Chittenden Trust Company replacing Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank.

Respectfully submitted,

MORTGAGE SERVICE CENTER, INC.,
CUMEX, INC., and
CHITTENDEN BANK

By their attorneys,

*/s/ Christopher J. Hunter*

David J. Apfel (BBO # 551139)
Christopher J. Hunter (BBO # 640397)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: March 16, 2006

2

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

  I, Christopher J. Hunter, hereby certify that I conferred with *pro se* Plaintiff Richard Livingston on March 9, 2006, and counsel for Defendants RAH Federal Credit Union and Victoria Schepps on March 9 and 13, 2006, on the matters set forth in Defendants' Motion to Substitute Party-Defendant, and report that Plaintiff objects to this motion and that counsel for Defendants RAH Federal Credit Union and Victoria Schepps assent to this motion.

                  */s/ Christopher J. Hunter*
                  Christopher J. Hunter


**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 16, 2006.

                  */s/ Christopher J. Hunter*
                  Christopher J. Hunter

LIBA/1680320.1