*Courtesy Copy*
*Chief- Judge Wolf*

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
2006 MAR 30 FOR THE DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
SUFFOLK, SS  DISTRICT OF MASS.

### DOCKET NUMBER 05-CV-11350-MLW

*************************************

RICHARD LIVINGSTON                      *
                                        *
                 Plaintiff, Pro Se      *
                                        *
Vs.                                     *
                                        *
MORTGAGE SERVICE CENTER, INC.;          *
CUMEX, INC.;                            *    PLAINTIFFS MOTION IN
 RAH FEDERAL CREDIT UNION;              *    OPPOSITION TO
CHITTENDEN BANK AND                     *    DEFENDANTS MOTION TO
VICTORIA SCHEPPS                        *    SUBSTITUTE
                                        *    PARTY-DEFENDANT'S
                 Defendants             *
*************************************

ORIGINAL

Plaintiff, Pro Se, Richard Livingston, pursuant to Federal Rule of Civil Procedure

19(a)(b) opposes the Defendant's Mortgage Service Center, Inc., Cumex, Inc., Chittenden

Bank, Motion to Substitute Party-Defendant's for the following reasons:

1. INDISPENSIBLE PARTIES: The Defendants Mortgage Service Center, Inc.,

   Cumex, Inc., and Chittenden Bank's interest in the subject matter of the

   controversy is of such a nature that Plaintiff, Pro Se, Richard Livingston's

   interests will be affected thereby or without whose joinder in the action complete

   relief cannot be granted, so that the suit cannot in equity and good conscience

   proceed without Defendant's Mortgage Service Center, Inc., Cumex, Inc., and

   Chittenden Bank.

1

2.  The Plaintiff, would be adversely effected to the extend that a judgment rendered in the absences of Defendant's Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank would be prejudicial to the Plaintiff, Pro Se, Richard Livingston..

3.  Chittenden Trust Company claims the Defendants Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank acted as agents, doing business in the Commonwealth of Massachusetts for Chittenden Trust Company of Vermont.

4.  The Defendants Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank must remain as first party defendants in order to trace the lender/licensees numbers and the criteria and authority they used for making loans and conducting financial business in the Commonwealth of Massachusetts.

5.  The Defendants Mortgage Service Center's business documents did not reference Chittenden Trust Company while doing business in the Commonwealth of Massachusetts.

    Exhibit A:

    1.) Mortgage Service Center **(M.S.C.)** Disclosure Receipt Form.

    2.) M.S.C.  VI & VII Assets & Liabilities.

    3.) Life of Loan Flood Zone with M.S.C. lender number and address.

    4.)  Unable to find record for Life of Loan Flood Zone with M.S.C. lender number and address with Vermont Secretary of State Office.

    5.) Chittenden Trust Company bounced Refinance letter of complaint to MSC.

    6.) M.S.C. Vice President, answers refinance letter of complaint.

       7.) M.S.C. Letter dated 10/18/2001 to homeowner.

       8.) Massachusetts Secretary of State records for MSC neither list DBA

           Chittenden Trust Company or trade name M.S.C

6.  The Defendants Cumex's business documents did not reference Chittenden Trust

    Company while doing business in the Commonwealth of Massachusetts.

       Exhibit B:

       1.) Cumex - "Mortgage Purchase Agreement".

       2.) Cumex - Registration/Confirmation Form.

       3.) RAH Letter from CEO terminating relationship with Cumex.

       4.) Massachusetts Secretary of State two records for a Cumex neither list as a

           trade name or DBA Chittenden Trust Company both are Corporation's

           Inc.

       5.) Cumex not found! Vermont Secretary of State.

7.  Plaintiff, Pro Se, Richard Livingston would lose relevant business records, files,

    and documents in discovery if the Defendants Mortgage Service Center, Inc.,

    Cumex, Inc., and Chittenden Banks' Motion to Substitute Party-Defendant's were

    allowed.

8.  The Defendants Mortgage Service Center, Inc., Cumex, Inc., and Chittenden

    Banks business relationship, loan lending practices and criteria for issuing such

    loans within the Commonwealth of Massachusetts can only be defined through

    their relationship to Chittenden Trust Company of Vermont.

9. The Plaintiff Pro Se, Richard Livingston asks the court to add Chittenden Trust Company as a Defendant in this case along with the Defendants Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank.

**WHEREFORE,** Plaintiff, Pro Se, Richard Livingston respectfully request that this honorable Court deny the Defendant's Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank's Motion to Substitute Party-Defendant's

Date _March 30, 2006_

Richard Livingston Plaintiff, Pro Se,

Richard Livingston
149 Warren Avenue
Milton, Massachusetts 02186-2009

617-698-4333 HM 617-620-0441 CELL

## CERTIFICATE OF SERVICE

I, Richard Livingston, Plaintiff, Pro Se hereby swear and affirm that I have this day DATE:- _March 30 2006_ notified Attorney's for the defendants David J. Apfel & Christopher J. Hunter by United States Postal Service c/o Goodwin Procter LLP, **Exchange Place, Boston, MA. 02190**

Date _March 30 2006_

Richard Livingston
149 Warren Avenue,
Milton Massachusetts 02186-2009
617-698-4333

Received by: _____

Date _____ Firm Stamp: _____

**EXHIBIT A - 1**

**MSC**  Mortgage Service Center

## DISCLOSURE RECEIPT FORM

X = Disclosures / Forms that apply to this loan request.

**Federal:**
- ✓ Good Faith Estimate of Closing Costs with Itemized Required Providers.
- ✓ Truth-In-Lending Disclosure
- ✓ Servicing Transfer Disclosure Statement
- ✓ Adjustable Rate Mortgage Disclosure, if applicable
- ✓ Consumer Handbook of Adjustable Rate Mortgages, if applicable
- ✓ Settlement Costs and Helpful Information Booklet
- ✓ Borrower's Certification & Authorization
- ____ Affiliated Business Disclosure (BWM & Flagship Only)

**Connecticut:**
- ____ Application Disclosure
- ____ Agreement Concerning Non-Refundability of Advanced Fees

**Maine:**
- ✓ Notification to Buyer of Withholding Tax (Purchase Transactions Only)
- ✓ Credit Report Notice
- ✓ Right to Own Attorney / Agent

**Massachusetts:**
- ____ Massachusetts MGL 184 Section 17B
- ____ Disclosure of Complete Application
- ____ Uniform Mortgage Loan Cost Worksheet
- ____ Consumers Guide to Obtaining a Home Mortgage

**New Hampshire:**
- ____ Application Disclosure

**Rhode Island:**
- ____ Application Disclosure
- ____ Appraisal Disclosure
- ____ Choice of Insurance Disclosure

**Vermont:**
- ____ Right to Own Attorney Disclosure

**FHA:**
- ____ HUD Addendum to Uniform Residential Loan Application
- ____ Important Notice to Homebuyers
- ____ Lead Paint Warning to Homebuyer
- ____ FHA Amendatory Clause
- ____ Notice to Homeowner
- ____ Informed Consumer Choice Disclosure Notice
- ____ For Your Protection: Get a Home Inspection

**VA:**
- ____ VA Addendum to Uniform Residential Loan Application
- ____ Verification of VA Benefit Related Indebtedness
- ____ Request for Certificate of Eligibility for VA Home Loans
- ____ Interest Rate and Discount Disclosure Statement
- ____ Counseling Checklist for Military Homebuyers
- ____ Child Care Statement
- ____ VA Amendatory Clause
- ____ Lead Paint Warning to Homebuyer
- ____ IRRRL Comparison Statement (Refinances Only)

I have received the above (X) documents and will sign and return the ones in BOLD print.

Borrower: X _August M Clifford_    Date: _6/05/01_

Borrower: _____    Date: _____

Borrower: __Clifford__    COMPLIANCE CHECKLIST    Completed by: __Y Crawford__

|  | Evidence Issued | Re-issue Date |
|---|---|---|

**General:**

- Section X of application completed by Originator □ □_____
  (Gov't section not required on by mail or phone applications)
- Escrow Waiver Request Form (put on top left side) □ □_____
- No Points / No Closing Cost Disclosure (put on top left side) □ □_____
- APPRAISAL: FHA Notice to the Homebuyer □ □_____
  (keep copy of disclosure and cover letter sent)
- Borrower's Certification & Authorization ☑ □_____

**Federal:**

- GFE with required providers disclosed □ □_____
- Truth in Lending □ □_____
- *Servicing Disclosure Statement ☑ □_____
- Affiliated Business Disclosure (BWM and Flagship ONLY) □ □_____
- Adjustable Rate Disclosure Statement, if applicable □ □_____

**State Specific:**

CT
- *Application Disclosure □ □_____
- *Agreement Concerning Non-Refundability of Advanced Fees □ □_____

ME
- *Notification to Buyer of Withholding Tax (Purchase Only) □ □_____
- *Credit Report Notice □ □_____
- *Attorney Selection Disclosure □ □_____
  - *Did Borrower select own Attorney for Title – If YES notify our attorney not to do Title and provide him with a completed copy of this disclosure with the legal order.*

A
- *Massachusetts MGL 184 Section 17B ☑ □_____
- Disclosure of a Complete Application ☑ □_____
- Uniform Mortgage Loan Cost Worksheet ☑ □_____
- Consumers Guide to Obtaining a Home Mortgage ☑ □_____

- *Application Disclosure □ □_____

- *Application Disclosure □ □_____
  - *Did Borrower select own Attorney for Title – If YES notify our attorney not to do Title and provide him with a completed copy of this disclosure with the legal order..*
- *Appraisal Disclosure □ □_____
- *Choice of Insurance Disclosure □ □_____

- *Attorney selection disclosure □ □_____
  - *Did Borrower select own Attorney for Title – If YES notify our attorney not to do Title and provide him with a completed copy of this disclosure with the legal order.*

**LIP:** Reset SHD – RECEIVED and IN PROCESS equals P&S date received (Stamp date or write )

- Date P&S Received _____
- GFE with addendum on providers □ □_____
- Truth in Lending □ □_____
- Update original 1003 with PAL FLIP date (date stamp it)

that require borrowers signature

§ Forms\COMPLIANCE CHECKLIST.doc

## Exception Form

Date: 6/6/01                                     Loan Officer: ~~Gregory Knighton~~

Borrower(s) Name: Margaret Clifford

Property Address: 15 Quarry Lane  Milton MA. 02186

Loan Amount: $160,000

Loan Product Code: RAH 3/1 ARM

Purchase / Refinance: Refinance

Referral Source/Broker: _____

We have reviewed the above referenced loan and have agreed to waive secondary market underwriting standards in the following areas.

_____ LTV / CLTV          explain: _____

_____ Ratios              explain: _____

_____ Income              explain: _____

_____ Assets              explain: _____

___X___ Credit            explain: low credit scores due to ex husband's payment history and Bankrupcy

_____ Property            explain: _____

_____ Other               explain: _____

_____ Other               explain: _____

_____ Other               explain: _____

NOTES:



629 PUTNEY ROAD • P.O. BOX 8069 • BRATTLEBORO, VT 05304-8069

TELEPHONE: (800) 447-1872
FAX: (802) 256-5115

*hristine*

## PORTFOLIO LOAN SUMMARY SHEET

Date:                July 6, 2001

Borrower:            Margaret Clifford

Property:            15 Quarry Lane
                     Milton, MA 02186

Product:             EXCPTA 3/1

| | | | |
|---|---|---|---|
| Loan Amount: | $160,000.00 | Interest Rate: | 7.625 % |
| Sales Price: | $0.00 | Points: | 1.50 |
| Appraisal: | $348,000.00 | Term: | 360 |

SEE ATTACHED TRANSMITTAL FOR PROPERTY AND QUALIFYING INFORMATION

This loan    ( ✓ ) does    ( x ) does not    meet Secondary Market guidelines.

SEE PAGE 2 FOR OTHER CONDITIONS REQUIRED PRIOR TO OR AT CLOSING.

_____
Authorized Representative of Mortgage Service Center

I/We acknowledge receipt of the foregoing and have decided to:

  ☑  Approve as a Portfolio Loan

  ☐  Deny as a Portfolio Loan and allow MSC to sell as a Secondary Market Loan

_____        7/9/01
Authorized Representative (please sign and print name)      Date

UND/CUMAC Loan Summary Sheet (3/98)

TOTAL P.01

65

# EXHIBIT A - 2

## VI. ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned (if additional properties are owned, use continuation sheet.)

| Property Address (enter S if Sold, PS if pending, sale or R if rental being held for income) | | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| Quarry Lane ton, MA  02186 | N | S | $ 340,000.00 | $ 109,000.00 | $ 0.00 | $ 1,212.00 | $ 0.00 | $ 0.00 |
| | | | | | | | | |
| N-subject property H-borrower's primary residence | | | | | | | | |
| | Totals | | $ 340,000.00 | $ 109,000.00 | $ | $ 1,212.00 | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| Purchase price | $ |
| Alterations, improvements, repairs | |
| Land (if acquired separately) | |
| Refinance (incl. debts to be paid off) | 141,632.00 |
| Estimated prepaid items | 2,352.07 |
| Estimated closing costs | 3,233.00 |
| PMI, MIP, Funding Fee | |
| Discount (if borrower will pay) | 800.00 |
| Total costs (add items a through h) | 148,017.07 |
| Subordinate financing | |
| Borrower's closing costs paid by Seller | |
| Other Credits (explain) deposit or earnest money | 261.00 |
| | |
| Loan amount (exclude PMI, MIP, Funding Fee financed) | 160,000.00 |
| PMI, MIP, Funding Fee financed | |
| Loan amount (add m & n) | 160,000.00 |
| Cash from/to Borrower | - 12,243.93 |

## VIII. DECLARATIONS

| If you answer "yes" to any questions a through i, please use continuation sheet for explanation. | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | | X | | |
| b. Have you been declared bankrupt within the past 7 years? | | X | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| d. Are you a party to a lawsuit? | | X | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | | X | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | | X | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| h. Is any part of the down payment borrowed? | | X | | |
| i. Are you a co-maker or endorser on a note? | | X | | |
| j. Are you a U.S. citizen? | X | | | |
| k. Are you a permanent resident alien? | | X | | |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question below. | X | | | |
| m. Have you had an ownership interest in a property in the last three years? | X | | | |
| (1) What type of property did you own — principal residence (PR), second home (SH), or investment property (IP)? | | PR | | |
| (2) How did you hold title to the home — solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | SP | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the borrower(s) regarding the property, the condition of the property, or the value of the property.

Certification: I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature X | Date |
|---|---|---|---|

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | CO-BORROWER |
|---|---|
| I do not wish to furnish this information | I do not wish to furnish this information |
| Race/National Origin: American Indian or Alaskan Native / Asian or Pacific Islander / Black, not of Hispanic / [X] White, not of Hispanic origin | Race/National Origin: American Indian or Alaskan Native / Asian or Pacific Islander / Black, not of Hispanic / White, not of Hispanic origin |
| Hispanic | Hispanic |
| Other (specify) | Other (specify) |
| Sex: [X] Female / Male | Sex: Female / Male |

| To be Completed by Interviewer | |
|---|---|
| This application was taken by: | Interviewer's Name Houghton |
| [ ] face-to-face interview | Interviewer's Signature |
| [ ] by mail | Service Center |
| [ ] by telephone | Interviewer's Phone Number (incl. area code) (800) 447-1872 |

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $0 | $0 | $0 | $0 | $0 | $0 |
| | | $0 | $0 | $0 | $0 | $0 | $0 |
| | | $0 | $0 | $0 | $0 | $0 | $0 |
| Totals | | $0 | $0 | $0 | $0 | $0 | $0 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

| | | | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|
| Purchase price | $0 | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Yes | No | Yes | No |
| Alterations, improvement, repairs | $0 | a. Are there any outstanding judgements against you? | ☐ | ☒ | ☐ | ☐ |
| Land (if acquired separately) | $0 | b. Have you been declared bankrupt within the past 7 year | ☐ | ☒ | ☐ | ☐ |
| Refinance (incl. debts to be paid off) | $165,602 | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☐ |
| Estimated prepaid items | $2,352 | d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☐ |
| Estimated closing costs | $3,233 | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgement? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond or loan guarantee. If "Yes" provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for action) | ☐ | ☒ | ☐ | ☐ |
| MI, MIP, funding fee | $0 | | | | | |
| Discount (if borrower will pay) | $800 | | | | | |
| Total costs (add items a through h) | $171,987 | | | | | |
| Subordinate financing | $0 | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee? If "Yes", give details as described in preceding question | ☐ | ☒ | ☐ | ☐ |
| Borrower's closing costs paid by Seller | $0 | g. Are you obligated to pay alimony, child support or separate maintenance? | ☐ | ☒ | ☐ | ☐ |
| Other Credits (explain) | | h. Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☐ |
| Appraisal and credit report | $261 | i. Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☐ |
| | $0 | j. Are you a U.S. citizen? | ☒ | ☐ | ☐ | ☐ |
| | $0 | k. Are you a permanent resident alien? | ☐ | ☒ | ☐ | ☐ |
| Loan Amount (exclude PMI, MIP Funding Fees Financed) | $160,000 | l. Do you intend to occupy the property as your primary residence? | ☒ | ☐ | ☐ | ☐ |
| PMI, MIP, Funding Fee financed | $0 | m. Have you had an ownership interest in a property in the last three yea | ☒ | ☐ | ☐ | ☐ |
| Total Loan Amount (add m & n) | $160,000 | (1) What type of property did you own—principal residence (PR), second home (SH), or investment | | | PR | |
| Cash from/to Borrower (subtract j, k, l & o from i) | $11,726 | (2) How did you hold title to the home—solely by yourself (S), partly with your spouse (SP), or jointly with another person (O)? | | | SP | |

The undersigned specifically acknowledges and agrees that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein, (2) the property will not be used for any illegal or prohibited purpose or use, (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above, (5) verification or reverification of any information contained in the application may be made by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original or a copy of this application will be retained by the Lender, even if the loan is not approved, (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to a successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me. (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s).

Certification: I/we certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made in this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| | | X _(signature)_ | 6/15/01 |

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Race/National Origin: | ☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ☒ White, not of Hispanic origin  ☐ Black, not of Hispanic origin  ☐ Hispanic  ☐ Other, specify | Race/National Origin: | ☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ☐ White, not of Hispanic origin  ☐ Black, not of Hispanic origin  ☒ Hispanic  ☐ Other, specify |
| Sex: | ☒ Female  ☐ Male | Sex: | ☐ Female  ☐ Male |

| This application was taken by: | Interviewer's Name (print or type) Gretchen Houghton | Name and Address of Interviewer's Employer Mortgage Service Center of New England |
|---|---|---|
| ☐ face-to-face interview | Interviewer's Signature _(signature)_  Date 6/6/01 | 238 Bedford Street |
| ☐ by mail | Interviewer's Phone Number (incl. area code) (888) 674-2190 | Suite 3  Lexington, MA  02173 |
| ☐ by telephone | | |

Form 65  10/92    Borrower    Page 3 of 4    Co-Borrower    Fannie Mae Form 1003  10/92

# EXHIBIT A - 3

LIFE OF LOAN FLOOD ZONE DETERMINATION
NOTIFICATION TO FZDS OF TRANSFER OF MORTGAGE HOLDER

From: **VT1   / F1306400**
**MORTGAGE SERVICE CENTER**
**629 PUTNEY RD**
**BRATTLEBORO, VT 05301**

Borrower: **Margaret Clifford**
Property:  **15 QUARRY LA**
           **MILTON, MA 02186**

Certification No.:   **01061914293865**
Loan No.:            **CLIFFORDMAR 830**

The Life of Loan flood determination service requires lender notification from FZDS upon changes in flood
hazard status. Please complete the following when the mortgage holder changes or upon retirement of the
loan. Please mail to:

    To:    Flood Zone Determination Services (FZDS)
           520 East Main Street
           Carnegie, PA 15106

Thank you for your cooperation.

    __ Mortgage Holder Change        __ Loan Retirement        __ Loan Not Processed (Canceled)

Transfer To:

    New Mortgage Holder:    _____

    Address:                _____

    City, State, Zip:       _____

    New Loan Number:        _____

    Requested By:           _____


Signed: _____        Date: _____


_____
**For FZDS Use Only**

    New Vendor #: _____


180

## SECTION I - LOAN INFORMATION

| 1. LENDER NAME AND ADDRESS | 2. COLLATERAL *(Building/Mobile Home/Personal Property) PROPERTY ADDRESS* *(Legal Description may be attached)* |
|---|---|
| MORTGAGE SERVICE CENTER<br>629 PUTNEY RD<br>BRATTLEBORO, VT 05301<br>**VT1** F1596500 | Margaret Clifford<br>15 QUARRY LA<br>MILTON, MA 02186 |

| 3. LENDER ID. NO. | 4. LOAN IDENTIFIER | 5. AMOUNT OF FLOOD INSURANCE REQUIRED |
|---|---|---|
| 14149-6 | CLIFFORDMAR 830 | $ |

## SECTION II

### A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| MILTON, TOWN OF | NORFOLK | MA | 250245 |

### B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME

| 1. NFIP Map Number or Community-Panel Number *(Community name, if not the same as "A")* | 2. NFIP Map Panel Effective/ Revised Date | 3. LOMA/LOMR | | 4. Flood Zone | 5 No NFIP Map |
|---|---|---|---|---|---|
| 2502450001 B | 04/03/78 | YES | DATE | C | |

### C. FEDERAL FLOOD INSURANCE AVAILABILITY     *(Check all that apply)*

1. [X] Federal Flood Insurance is available (Community participates in NFIP).       [X] Regular Program     [ ] Emergency Program of NFIP

2. [ ] Federal Flood Insurance is not available because community is not participating in the NFIP

3. [ ] Building/Mobile Home is in a Coastal Barrier Resources Area (CBRA) or Otherwise Protected Area (OPA), Federal Flood Insurance may not be available.     CBRA/OPA Designation Date: _____

### D. DETERMINATION

**IS THE BUILDING/MOBILE HOME IN A SPECIAL FLOOD HAZARD AREA (ZONES CONTAINING THE LETTERS "A" OR "V")?**       [ ] YES   [X] NO

If yes, Flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, Flood insurance is not required by the Flood Disaster Protection Act of 1973.

### E. COMMENTS *(Optional)*:

Service Type:   Life of Loan
Requester:   Phyllis Crawford
FZDS Reference #:   01061914293865

**Census Data**

| STATE CODE# | 25 | COUNTY CODE# | 021 | MSA# | 1120 | CENSUS TRACT# | 4161 00 | BLOCK GROUP# | 308 |
|---|---|---|---|---|---|---|---|---|---|

This Determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the NFIP map.

### F. PREPARERS INFORMATION:

**FZDS** | *Flood Zone Determination Services* *520 East Main Street* *Carnegie, PA 15106* *(800) 841-0662* | DATE OF DETERMINATION<br>06/19/01

FEMA Form 81-93, OCT 98                                    FZDS 1 2

179

# EXHIBIT A - 4

Page 1 of 2

 **VERMONT SECRETARY OF STATE - Deborah L. Markowi**

**Search For**

VT1 F1596500

in    Archives



## Search Results

Your search for **"VT1 F1596500"** found 0 hits in 0 documents.

**Did you mean:** VT F1596500

Also try:

- Check your spelling.
- Try more general words.
- Try different words that mean the same thing.

 **VERMONT SECRETARY OF STATE - Deborah L.Markowi**

**Search For**

VT F1596500

**in    Archives**

## Search Results

Your search for **"VT F1596500"** found 0 hits in 0 documents.

Also try:

- Check your spelling.
- Try more general words.
- Try different words that mean the same thing.

 **VERMONT SECRETARY OF STATE - Deborah L.Markowi**

**Search For**

Mortgage Service Cent

**in    Archives**    ■ →

## Search Results

Your search for **"Mortgage Service Center VT1 F1596500"** found 0 hits in 0 documents.

**Did you mean:** Mortgage Service Center VT F1596500

Also try:

- Check your spelling.
- Try more general words.
- Try different words that mean the same thing.

 **VERMONT SECRETARY OF STATE - Deborah L.Markowi**

**Search For**

Mortgage Service Cent

**in   Archives**    ◼️➡️

## Search Results

Your search for **"Mortgage Service Center VT F1596500"** found 0 hits in 0 documents.

Also try:

- Check your spelling.
- Try more general words.
- Try different words that mean the same thing.

# EXHIBIT A - 5

August 17, 2001
149 Warren Avenue
Milton, Ma. 02186-2009
     OR
P.O. Box 870010
Milton Village, Ma. 02187-0010

Chittenden Trust Co d/b/a Mortgage Service Center
629 Putney Road
Brattleboro, Vt. 05301

To President & CEO      Re: <u>Refinance of my home at 15 Quarry Lane</u>
                              <u>with NO prior knowledge or consent by me.</u>

Dear Sir/Madam
     I'm writing you out of concern for a financial transaction of which took place at
your lending institution on the former marital estate of Margaret & Richard Livingston,
(a.k.a. Margaret Clifford) located at 15 Quarry Lane Milton, Ma. 02186-4520, on or
before the date of July 27th, 2001 of which I hold title on the deed as the priority equity
position shareholder on the property, I contest this transaction on the grounds it violates
my civil rights and the right to know. The fact that the refinancing was all done without
my knowledge putting a vale of secrecy around transaction leaves me suspect, with no
other position put to protest your actions.
     I arrived back from vacation of which I was on from August 3rd, until August 17th,
when I inquired at the M.B.T.A. Credit Union 2:45 PM if the monthly mortgage was
being paid that was the first and only time I found out that a change to the mortgage at 15
Quarry Lane had transpired. Please forward to me all the back-up documentation and the
full disclosure papers, HUD papers, Fannie Mae/ Freddie Mac, resent appraisal, title
search and any and all back-up documentation which allowed this financial transaction to
be approved without my knowledge or consent. I do not believe that I at any time
forfeited my due process rights nor do I feel that any court system has taken them away
from me.
     Your prompt attention to this matter is requested. Anxiously await your response
you can write or send the information to the aforementioned address. If you have any
questions call me at 617-696-4244 or 781-765-9700.
                              Sincerely,
                              Richard Livingston

CC. William. E. Gately Jr. esq.
       Massachusetts Banking Commision
       Vermont Banking Commision
       Security and Exchange Commision
       F.D.I.C.
BCC.

# EXHIBIT A - 6

C
8|2001



**Mortgage Service Center**
629 PUTNEY ROAD · P.O. BOX 8069 · BRATTLEBORO, VT 05304-8069

TELEPHONE: (800) 447-1872
FAX: (802) 258-5105

August 22, 2001

Mr. Richard Livingston
149 Warren Avenue
Milton, MA 02186-2009

Re: Refinance of 15 Quarry Lane

Dear Mr. Livingston:

I have received your August 17 letter contesting the fact that Margaret Clifford refinanced the above property without your knowledge and consent. After reviewing all the documentation, particularly the Judgment of Contempt dated May 24, 2001, it is our opinion that Chittenden Bank, DBA Mortgage Service Center did nothing wrong regarding the refinancing of this loan.

According to sections 10 and 11 in the Judgment of Contempt, the former wife shall have the right to refinance the first and second mortgages with respect to the former marital home in order to satisfy the existing first and second mortgages and to pay outstanding marital debt if she so elects. The former husband shall not be required to sign any documents in connection with the wife's effort to refinance the outstanding mortgages and existing marital debt.

I am enclosing this Judgment of Contempt for your reference. If you have any information you feel nullifies the Judgment please forward it to my attention and I will have out Legal Department review it.

I am sorry but I cannot forward any of the back-up documentation regarding the refinance of the aforementioned property as you requested without the consent of Margaret Clifford.

Sincerely,

Raymond O'Connor
Raymond O'Connor
Vice President

Encl.

# EXHIBIT A - 7

$B$ -

$10/9001$



**Mortgage Service Center**

239 PUTNEY ROAD • P.O. BOX 8185 • BRATTLEBORO, VT 05304-8185

TELEPHONE: (800) 322-3367

FAX: (802) 258-5285

October 18, 2001

MARGARET CLIFFORD
15 QUARRY LANE
MILTON, MA 02186

Dear Homeowner:

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from Mortgage Service Center to RAH FEDERAL CREDIT UNION, effective SEPTEMBER 1, 2001.

The Assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law required that your present servicer send you this notice at least 15 days before this effective date or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Mortgage Service Center. If you have any questions relating to the transfer of servicing from your present servicer call Alane Perkins at 1-800-322-3367 between 9:00 a.m. and 5:00 p.m. Monday through Friday. This is a toll free number.

Your new servicer will be RAH FEDERAL CREDIT UNION. RAH FEDERAL CREDIT UNION address is as follows:

RAH FEDERAL CREDIT UNION
45 DIAUTO DRIVE
RANDOLPH, MA 02368

If you have any questions relating to the transfer of servicing to your new servicer call CHRISTINA MOONEY at 800-458-3155 between 9am-4:30pm Monday & Tuesday, 9am-11pm Wednesday, and 9am-6pm Thursday & Friday. This is a toll free number.

The date that your present servicer will stop accepting payments from you is AUGUST 31, 2001. The date that your new servicer will start accepting payments from you is SEPTEMBER 1, 2001. Send all payments due on or after that date to your new servicer.

You should also be aware of the following information which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Sec. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. Sec. 2605) gives you certain rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 business days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request.

Not later than 60 business days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60 business day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under mortgage documents.

A business day is any day, excluding legal public holidays (State and Federal), Saturday and Sunday.

Section 6 of RESPA also provides for damages and costs for individual or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

Sincerely,

*Cindy R. Leavitt*

Cindy L. Leavitt
Loan Coordinator

# EXHIBIT A - 8



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Public Browse and Search - Entity Results

❓
Help with this form

### 2 Records Matched Your Begins With Search for Entity Name: Mortgage Service Center

**(Page 1 of 1)**

| Entity Name | Identification Number | Old Identification Number | Principal Office Address, City, State, Zip, Country |
|---|---|---|---|
| MORTGAGE SERVICE CENTER OF NEW ENGLAND | 000363730 | | P.O. BOX 399, 23 SQUARE, BELLOWS FALLS, VT 05101 USA |
| MORTGAGE SERVICE CENTER OF NEW ENGLAND | 030104410 | | P. O. BOX 399, 23 SQUARE, BELLOWS FALLS, VT 05101 USA |

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**MORTGAGE SERVICE CENTER OF NEW ENGLAND Summary Screen** ⑦ Help with this form

Return to Certificate

**The exact name of the Foreign DBA:** MORTGAGE SERVICE CENTER OF NEW ENGLAND

**Entity Type:** Foreign DBA

**Identification Number:** 000363730

**Date of Organization in Massachusetts:** 05/28/1991

**The is organized under the laws of:** State: VT    Country: USA    on: 09/09/1985

**Current Fiscal Month / Day:** 12 / 31          **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office:**
No. and Street:    P.O. BOX 399
                   23 SQUARE
City or Town:      BELLOWS FALLS          State: VT      Zip: 05101      Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:                     State:        Zip:        Country:

**The name and address of the Registered Agent:**
Name:
No. and Street:
City or Town:                     State:        Zip:        Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name First, Middle, Last, Suffix | Address (no PO Box) Address, City or Town, State, Zip Code | Expiration of Term |
|-------|------|------|------|
| CLERK | DOING BUSINESS BY | BELLOWS FALLS TRUST COMPANY BELLOWS FALLS TRUST COMPANY | |

_ Consent  _ Manufacturer  _ Confidential Data  **X** Does Not Require Annual Report

_ Partnership  _ Resident Agent  **X** For Profit  _ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Articles of Organization

**Comments**

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

?
Help



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

### *BELLOWS FALLS TRUST COMPANY* Summary Screen

⑦ Help with this form

The exact name of the Foreign Corporation: <u>BELLOWS FALLS TRUST COMPANY</u>
The name that is used to transact business in MA: <u>MORTGAGE SERVICE CENTER OF NEW ENGLAND</u>

**Entity Type:** <u>Foreign Corporation</u>

**Identification Number:** <u>030104410</u>

**Date of Registration in Massachusetts:** <u>05/28/1991</u>

**Date of Involuntary Revocation:** <u>08/31/1998</u>

**The is organized under the laws of:** State: <u>VT</u>  Country: <u>USA</u> on: <u>09/09/1985</u>

**Current Fiscal Month / Day:** 12 / 31          **Previous Fiscal Month / Day:** 00 / 00

The location of its principal office:
No. and Street:      P. O. BOX 399
                     23 SQUARE
City or Town:        BELLOWS FALLS      State: <u>VT</u>      Zip: <u>05101</u>      Country: <u>USA</u>

The location of its Massachusetts office, if any:
No. and Street:      P.O. BOX 399
                     23 SQUARE
City or Town:        BELLOWS FALLS      State: <u>VT</u>      Zip: <u>05101</u>      Country: <u>USA</u>

The name and address of the Registered Agent:
Name:                JOHN C. GATES
No. and Street:      173 MAIN ST.,
City or Town:        GREENFIELD      State: <u>MA</u>      Zip: <u>01302</u>      Country: <u>USA</u>

The officers and all of the directors of the corporation:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | J. HAYES STAGNER | RFD #1 BOX 78.,<br>ALSTEAD, NH USA | |

| | | RFD #1 BOX 78., ALSTEAD, NH USA | |
|---|---|---|---|
| TREASURER | J. HAYES STAGNER | RFD #1 BOX 78., ALSTEAD, NH USA RFD #1 BOX 78., ALSTEAD, NH USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments Num of Shares    Total Par Value | Total Issued and Outstanding Num of Shares |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

__ Consent    __ Manufacturer    __ Confidential Data    __ Does Not Require Annual Report

__ Partnership    **X** Resident Agent    **X** For Profit    __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

[View Filings]    [New Search]

| Comments |
|---|
| |

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

❓
Help

# EXHIBIT B - 1

CUMEX Mortgage ~~~~~~~

**MORTGAGE PURCHASE AGREEMENT**

~~~~~ agreement dated **6/6/01**, ~~~~~ discussion on **6/15/01**, whereby you have agreed to purchase the first mortgage loan from the following member(s), and/or, eligible member(s) of the credit union, this agreement will serve to confirm the impending sale of the following item subject only to final underwriting confirmation.

Today's Date: **6/6/01**

Name of Member(s): **Margaret Clifford**

Current Address of Member(s): **15 Quarry Lane Milton MA.**

Subject Property:

**Property / Value Information**
- (X) Single Family
- ☐ 2 Family
- ☐ 3-4 Family
- ☐ Condominium

Value/Sales Price = **340,000**    Mortgage Amount = **$160,000**

Loan to Value **47** %    Total Loan to Value **47** % (Junior included, second amp)

**Mortgage Type / Terms**
- ☐ 10 or 15 Year Fixed
- ☐ 20 Year Fixed
- ☐ 25 year Fixed
- ☐ 30 Year Fixed

Other: **3/1 ARM**

- ☐ Purchase
- ☐ No Cash-out Refi
- (X) Cash-out Refi    _____

**Pricing**
Rate: **7.625** %    Points: **1.5 points**

Rate Lock Expiration **7/31/01**    Net Price to Credit Union: **0**

**Accepted By:**

(X)  *Yes, I will purchase the above captioned loan.*

☐  *No, I can not commit to purchase the above captioned loan at this time.*

X _____ , **CEO**
Authorized Signature    Title

_____
Signature of Authorized Board Member (if required by Credit Union)    Title

Raymond O'Connor,  Director of Secondary Marketing
Mortgage Service Center of New England
1222 Putney Road—Brattleboro, VT 05301



RECEIVED
JUN 14 2001
By _____

# EXHIBIT B - 2

6/2001

**CUMEX MORTGAGE SERVICE CENTER OF NEW ENGLAND**
**REGISTRATION/CONFIRM FORM FOR RAH FEDERAL CREDIT UNION**

ATTENTION: CHRISTINE MOONEY      FROM: RAY O'CONNOR
    (781) 961-2417               (802) 254-4484
    FAX: (781) 986-6467       FAX: (802) 257-0979

**X** NEW RATE LOCK          APPLICATION DATE _6/5/01_
_____ RATE FLOATING
_____ RELOCK             RATE LOCK EXPIRATION DATE _8/7/01_
_____ CHANGE
TODAY'S DATE _6/8/01_

BORROWER'S NAME _Margaret Clifford_   S/S # _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_

                                        S/S # _____

PROPERTY ADDRESS _15 Quarry Lane_
                  _Milton, MA 02186_

PROPERTY TYPE:    SINGLE FAMILY _X_
                 2 - 4 FAMILY _____
                 CONDO _____

PROGRAM:    10/15 YEAR FIXED _____     3/1 ARM
           20/25/30 YEAR FIXED _____    Exception Form to
           1 YEAR ARM _____          be signed
           3/1 YEAR ARM _____
           5/1 YEAR ARM _____

PURCHASE _____     NO CASH OUT REFI _____     CASH OUT REFI _X_

PURCHASE PRICE _____     LOAN TO VALUE RATIO _47.1._

RATE _7.625_ POINTS _1.50_     LOAN AMOUNT _160,000._

PRICE FROM CREDIT UNION          100.
~~ORIGINATION DISCOUNT~~ POINTS FROM MEMBER   1.5
FEE PAID TO MSCNE FROM CREDIT UNION      1.5
NET POINTS TO CREDIT UNION           0

ACCEPTED BY: _Mooney_
RAH FEDERAL CREDIT UNION

802-257-0979

# EXHIBIT B - 3





FEDERAL CREDIT UNION

45 DIAUTO DRIVE
RANDOLPH, MA 02368



October 24, 2002

Raymond O'Connor
Director of Secondary Marketing
CUMEX
238 Bedford St Suite 3
Lexington, Ma 02420

Dear Mr. O'Connor:

Please be advised, effective immediately, that RAH Federal Credit Union will no longer be participating in the CUMAC lending program provided by CUMEX Mortgage Service Center of New England.

Please discontinue all faxes with rate changes and other correspondence relative to the mortgage program that come to us on a daily basis.
We will not be referring our members to CUMEX and we ask that you no longer solicit our credit union members in any way.

If you have any questions, please do not hesitate to contact this office at any time.

Sincerely

Christina Mooney, CEO    _Christina Mooney_    10/24/02

Dorothy Sullivan, President    _Dorothy Sullivan_    10/24/02

781-961-2417    ◆    800-458-3155    ◆    781-986-6467 FAX

# EXHIBIT B - 4



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Public Browse and Search - Entity Results

ⓘ
Help with this form

## 2 Records Matched Your Begins With Search for Entity Name: Cumex

(Page 1 of 1)

| Entity Name | Identification Number | Old Identification Number | Principal Office Address, City, State, Zip, Country |
|---|---|---|---|
| CUMEX MORTGAGE CORPORATION, INC. | 042979599 | 001000774 | 1715 BROADWAY, SAUGUS, MA 01906 USA |
| CUMEX MORTGAGE CORPORATION, INC. | 043112960 | 000353633 | 401 EDGEWAETR PLACE ST. 660, WAKEFIELD, MA 01880 USA |

New Search

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## CUMEX MORTGAGE CORPORATION, INC. Summary Screen

❓ Help with this form

**Request a Certificate**

The exact name of the Domestic Profit Corporation: CUMEX MORTGAGE CORPORATION, INC.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 042979599

**Old Federal Employer Identification Number (Old FEIN):** 001000774

**Date of Organization in Massachusetts:** 12/29/1986

**Date of Voluntary Dissolution:** 08/20/1992

**Current Fiscal Month / Day:** 12 / 31            **Previous Fiscal Month / Day:** 00 / 00

The location of its principal office in Massachusetts:
No. and Street:      1715 BROADWAY
City or Town:        SAUGUS            State: MA      Zip: 01906      Country: USA

If the business entity is organized wholly to do business outside Massachusetts, the location of that office:
No. and Street:
City or Town:                  State:        Zip:        Country:

The name and address of the Registered Agent:
Name:
No. and Street:
City or Town:                  State:        Zip:        Country:

The officers and all of the directors of the corporation:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | NATHAN HAGEN | 25 GIRARD RD.,<br>STONEHAM, MA USA<br>25 GIRARD RD.,<br>STONEHAM, MA USA | |

| TREASURER | JOSEPH A. COMERFORD | 79 CAPT. LUTHER LITTLE WAY MARSHFIELD, MA USA 79 CAPT. LUTHER LITTLE WAY MARSHFIELD, MA USA | |
| SECRETARY | JOSEPH P. ZAMPITELLA | 44 MAIN ST., MALDEN, MA USA 44 MAIN ST., MALDEN, MA USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments Num of Shares    Total Par Value | Total Issued and Outstanding Num of Shares |
| --- | --- | --- | --- |
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

| __ Consent | __ Manufacturer | __ Confidential Data | __ Does Not Require Annual Report |
| __ Partnership | __ Resident Agent | **X** For Profit | __ Merger Allowed |

**Note: There is additional information located in the cardfile that is not available on the system.**

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

| View Filings | New Search |

| **Comments** |
| |

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

? Help



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

---

**CUMEX MORTGAGE CORPORATION, INC. Summary Screen**

Help with this form

---

Request a Certificate

---

**The exact name of the Domestic Profit Corporation:** CUMEX MORTGAGE CORPORATION, INC.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 043112960

**Old Federal Employer Identification Number (Old FEIN):** 000353633

**Date of Organization in Massachusetts:** 01/28/1991     **Date of Revival:** 11/20/2003

**Date of Becoming Inactive:** 12/31/1995

**Current Fiscal Month / Day:** 12 / 31     **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street:  401 EDGEWAETR PLACE ST. 660
City or Town:  WAKEFIELD     State: MA   Zip: 01880  Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:                State:        Zip:        Country:

**The name and address of the Registered Agent:**
Name:
No. and Street:
City or Town:                State:        Zip:        Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | MAUREEN L. WATTLEY | 312 WILLIS RD.,<br>SUDBURY, MA 01776 USA<br>312 WILLIS RD.,<br>SUDBURY, MA 01776 USA | |
| | | | |

| TREASURER | JAMES M. SULLIVAN | 77 FERNCREST DR., RIVERSIDE, RI USA 77 FERNCREST DR., RIVERSIDE, RI USA | |
| SECRETARY | DANIEL F. EGAN JR. | 18 DORSET RD., NEWTON, MA USA 18 DORSET RD., NEWTON, MA USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments<br>Num of Shares      Total Par Value | Total Issued and Outstanding<br>Num of Shares |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

__ Consent      __ Manufacturer      __ Confidential Data      __ Does Not Require Annual Report

__ Partnership      __ Resident Agent      __ For Profit      __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

[View Filings]      [New Search]

| Comments |
|---|
| |

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

?
Help

# EXHIBIT B - 5



# VERMONT SECRETARY OF STATE
## *Deborah L. Markowitz*



**CUMEX not found!**

<u>Information Contact</u>

**Home | Site Search | Help**
**Vermont State Page | Contact | Disclaimer**

**This Web Page is**