UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD LIVINGSTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MORTGAGE SERVICE CENTER, INC., )<br>CUMEX, INC., RAH FEDERAL CREDIT )<br>UNION, CHITTENDEN BANK, and )<br>VICTORIA SCHEPPS, )<br>)<br>Defendants. )<br>) | C.A. No.: 05-CV-11350-MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Christopher J. Hunter as one of the counsel for Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank in the above-captioned action.

David J. Apfel of Goodwin Procter LLP shall continue his appearance as counsel of record for Mortgage Service Center, Inc., Cumex, Inc., and Chittenden Bank.

Respectfully submitted,

MORTGAGE SERVICE CENTER, INC.,
CUMEX, INC., and CHITTENDEN BANK

By its attorneys,

*/s/ Christopher J. Hunter*_____
David J. Apfel (BBO # 551139)
Christopher J. Hunter (BBO # 640397)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

DATED: December 21, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 21, 2006.

                                                   */s/ Christopher J. Hunter*
                                                   Christopher J. Hunter

LIBA/1752920.1