UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD LIVINGSTON, ) Plaintiff, v. MORTGAGE SERVICE CENTER, INC., CUMEX, INC., RAH FEDERAL CREDIT UNION, CHITTENDEN BANK, and VICTORIA SCHEPPS, Defendants. | C.A. No.: 05-CV-11350-MLW |

## CERTIFICATE OF SERVICE

I hereby certify that the Defendant's Joint Statement with Attached Exhibits A through C were filed through the ECF system and were sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 29, 2007
.

 Respectfully submitted,

 /s/ David J. Apfel
 David J. Apfel (BBO # 551139)
 GOODWIN PROCTER LLP
 Exchange Place
 Boston, MA 02109-2881
 (617) 570-1000

Dated: January 29, 2007

LIBA/1761160.1