**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**RICHARD LIVINGSTON**

**CIVIL  CASE**
**NO. 05-11350-MLW**

**v.**

**MORTGAGE SERVICE CENTER, INC. et al**


**NOTICE OF RESCHEDULING**

**WOLF, D.J.**


The **MOTION HEARING/SCHEDULING CONFERENCE** previously scheduled for

**FEBRUARY  6,  2007** at  **3:00  p.m.**, has  been  RESCHEDULED.    It  has  been

RESCHEDULED for **FEBRUARY 13, 2007** at **3:00 PM.**


**SARAH A. THORNTON**
**CLERK OF COURT**


**February 5, 2007**                                    By:    **/s/ Dennis O'Leary**
**Date**                                                          **Deputy Clerk**


**Notice mailed to:**

(notice.frm - 10/96)                                                              [ntchrgcnf.]