UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11350

| Richard Livingston | Mortgage Service Center, Inc. et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Pro Se | David Apfel |
| | Harvey Weiner |
| | Christopher Flannagan |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf           CLERK   O'Leary           REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 2/13/07 | Court listens to oral arguments on the pending motions. |
| | Court recesses briefly and returns to the bench to render its decision. |
| | Court grants the motion to dismiss the complaint in its entirety. |
| | Court will issue a short order memorializing the same. |
| | Transcript of today's proceedings will be the record of today's decision. |