```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

RICHARD LIVINGSTON,              )
                                 )
        Plaintiff,               )
                                 )
        v.                       )  C.A. NO. 05-11350-MLW
                                 )
VICTORIA SCHEPPS, MORTGAGE       )
SERVICE CENTER, INC., CUMEX,     )
INC., RAH FEDERAL CREDIT UNION,  )
and CHITTENDEN BANK,             )
                                 )
        Defendants.              )
```

ORDER

WOLF, D.J.                                          February 13, 2007

    For the reasons stated in court on February 13, 2007, it is hereby ORDERED that:

    1. Defendants' Motion to Substitute Party-Defendant (Docket No. 24) is ALLOWED.

    2. Plaintiff's Motion to Consolidate Cases (Docket No. 37) is DENIED.

    3. Defendants Mortgage Service Center, Inc., Cumex, Inc., RAH Federal Credit Union, and Chittenden Bank's Motion to Dismiss (Docket No. 25) is ALLOWED.

    4. Defendant Victoria Schepps's Motion to Dismiss (Docket No. 27) is ALLOWED.

                                           /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE