UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>RICHARD LIVINGSTON</u>**
        **Plaintiff**

**V.**

**<u>VICTORIA SCHEPPS et al</u>**
        **Defendant**

**CIVIL ACTION
NO. <u>05-11350-MLW</u>**

## <u>JUDGMENT</u>

**<u>WOLF, D. J.</u>**

In accordance with the Court's ORDER dated <u>FEBRUARY 14, 2006</u>, in the above-referenced action, dismissing this action, it is hereby ORDERED:

Judgment of dismissal for the <u>defendants</u>.

By the Court,

<u>February 14, 2007</u>
    Date

<u>/s/ Dennis O'Leary</u>
Deputy Clerk

(judge-dis.wpd - 12/98)    [jgm.]